1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3     BARRY HARRIS,                              Case No.: 2:24-cv-01496-GMN-MDC

4         Plaintiff                        **Order Administratively Closing Case and**
                                                **Opening Case as a Criminal Matter**

5     v.

6     STATE OF NEVADA,

7         Defendant

8

9        *Pro se* Plaintiff Barry Harris filed a Notice of Removal pursuant to 28 U.S.C. § 1455 and

10 Federal Rule of Civil Procedure 11, (ECF No. 1-1).  The Clerk of the Court opened this case as a

11 civil matter under prisoner civil rights.  However, after reviewing Harris's notice and 28 U.S.C. §

12 1455, the Clerk of the Court is directed to administratively close this civil case and to open

13 Harris's filings as a criminal matter under § 1455.

14        Title 28 U.S.C. § 1455 sets forth the procedure for a criminal defendant to remove a

15 criminal prosecution from state court to federal court. 28 U.S.C. § 1455(a)-(c).  A defendant

16 "desiring to remove any criminal prosecution from a State court" must file in the appropriate

17 federal district court a notice of removal signed pursuant to FRCP 11 and meet the specified

18 requirements set forth in the statute. *Id.* at § 1455(a)-(b).  If the defendant does not meet the

19 specified requirements set forth in the statute, the federal district court may remand the case. *Id.*

20 at § 1455(b)(4).

21        Because the statute makes clear that this is a removal of a criminal case, the Clerk of the

22 Court is requested to close this civil case and open Harris's filings in a criminal case.  The Court

23

makes no determination on whether Harris's notice of removal satisfies the requirements of § 1455.

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to:

- **ADMINISTRATIVELY CLOSE** this case;

- **OPEN** and **FILE** Harris's filings in a new criminal matter; and

- **FILE** a copy of this order in the new criminal matter.

Dated: September 20, 2024

_____
U.S. District Judge

2